**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

SUNPOWER CORPORATION,

       Plaintiff,

     v.                               C.A. No. 12-1633-GMS

PANELCLAW, INC.,

       Defendant.

## DECLARATION OF HOWARD G. POLLACK

     I, Howard G. Pollack, declare as follows:

     1.     I am an attorney in the law firm of Fish & Richardson P.C. and I am counsel for Plaintiff SunPower Corporation in the above-captioned matter.  I am currently admitted to the Bar of California.

     2.     Attached as Exhibit 1 is a true and correct copy of the transcript of the status teleconference with the Court in this matter held on October 2, 2013.

     3.     Attached as Exhibit 2 is a true and correct copy of the Court's order dated October 2, 2013.

     4.     Attached as Exhibit 3 is a true and correct copy of a chain of email correspondence between counsel for PanelClaw and counsel for SunPower dated October 28 and 29, 2013.

     5.     Attached as Exhibit 4 is a true and correct copy of the transcript of the status teleconference with the Court in this matter held on November 22, 2013.

6.      Attached as Exhibit 5 is a true and correct copy of a chain of email correspondence between counsel for PanelClaw and counsel for SunPower from November 6, 2013 to January 13, 2014.

7.      Attached as Exhibit 6 is a true and correct copy of Defendants' motion to stay, (D.I. 165), in *QPSX Developments 5 Pty Ltd. v. Ciena Corp.*, No. 2:07-cv-00118-CE (E.D. Tex. filed Feb. 4, 2009).

8.      Attached as Exhibit 7 is a true and correct copy of a chain of email correspondence between counsel for PanelClaw and counsel for SunPower from November 6, 2013 to January 18, 2014.

9.      Attached as Exhibit 8 is a true and correct copy of a Law 360 article dated February 21, 2014.

10.     Attached as Exhibit 9 is a true and correct copy of a Law 360 article dated February 25, 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated:  March 14, 2014


                                        */s/  Howard G. Pollack*
                                        Howard G. Pollack